Commonwealth *v.* Gaskins, Appellant.

Submitted June 16, 1975. *Harvey Gaskins*, in propria persona, and *Calvin S. Drayer, Jr.*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the lower court is reversed, and the record remanded for appointment of

counsel to represent appellant in his pursuit of relief under the Post Conviction Hearing Act. See *Commonwealth v. Smith*, 459 Pa. 583, 330 A.2d 851 (1975); *Commonwealth v. Jones*, 236 Pa. Superior Ct. 145, 344 A.2d 504 (1975).